DORA BERNSTEIN, Respondent, v. AARON BERNSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ATLAS PRESS, INC., Respondent, v. GLOBE INSURANCE COMPANY OF PENNSYLVANIA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

EDWARD N. BREITUNG, Respondent, v. MOTOR GUARANTY CORPORATION and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FREDERICK H. GAINES, Appellant, v. WILLIAM S. HASKELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM MAHON, Respondent, v. SIGMUND ORBACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

C. ALFRED HANDS and Another, Doing Business under the Firm Name and Style of HANDS BROTHERS, Respondents, v. DEMETRIUS E. BIENOGLOU, Doing Business under the Firm Name and Style of D. E. BIENOGLOU & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY J. LEVY v. MILTON J. GORDON.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

W. & W. DRESS COMPANY, INC., v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

AMERICAN UNION BANK v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of ADAM P. DIENST and Others v. ANTONIO D'ANDRE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of JOSEPH, a Domestic Corporation, v. BESSIE HOCHSTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY GOODMAN and Others v. WILLIAM ISAACS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ETHEL VOUTSINAS v. MORRIS G. VOUTSINAS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of JACOB JUNG, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM PERRAULT v. THE BIDDLE REALTY CORPORATION.— Motions to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.